UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                       CRIMINAL ACTION NO. 3:19-CR-35-JRW

JOHN L. LONG                                        DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court for final determination on Defendant Long's Emergency Motion for Immediate Release Due to Coronavirus Diagnosis ("Motion") (DN 31).[1] United States Magistrate Judge Regina S. Edwards filed a Report and Recommendation ("Recommendation") addressing this Motion (DN 37). Magistrate Judge Edwards recommended that this Motion be **DENIED**. The Court agrees with Magistrate Judge Edwards' conclusion, **ADOPTS** her Recommendation as to Defendant Long's Motion, and **DENIES** Defendant Long's Motion.

### Defendant Long's Motion

Defendant Long argues that the COVID-19 pandemic requires his release pursuant to 18 U.S.C. § 3142(i).[2] However, as Judge Edwards noted, 18 U.S.C. § 3142 governs release or detention pending *trial*, and after Defendant Long's guilty plea under a Rule 11(c)(1)(B) Plea Agreement, he is now being detained under 18 U.S.C. § 3143, which governs release or detention pending *sentencing*.[3] So contrary to Defendant Long's argument that his release is warranted

---

[1] The Court notes that the title of Defendant Long's Motion is misleading. While it implies that Defendant Long himself has been diagnosed with COVID-19, the body of the Motion makes clear this is not the case. Rather, others at Grayson County Jail have been diagnosed with COVID-19. See DN 31 at 1.
[2] DN 31 at 1.
[3] DN 37 at 3-4.

because "COVID-19 amounts to a 'compelling reason'",[4] the appropriate standard for the Court to apply is whether there is "clear and convincing evidence that [Defendant Long] is not likely to flee or pose a danger to the safety of any other person or community if released."[5] For the reasons Judge Edwards set out,[6] this Court agrees that Defendant Long has not met his burden.

Therefore, and with the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. That the Court **ADOPTS** the Recommendation and its findings and conclusions are incorporated by reference herein; and

2. That Defendant Long's Motion is **DENIED**.

Cc: Counsel of Record

Justin R Walker, District Judge
United States District Court

August 20, 2020

---

[4] DN 31 at 3.
[5] 18 U.S.C. § 3143(a).
[6] DN 37 at 4-6.